# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-four,

Alexandr Filippov, Marina Filippova, Marina Filippova, Daria Filippova,

        Petitioners,

   v.

Merrick B. Garland, United States Attorney General,

        Respondent.

**ORDER**
Docket No. 24-549

Counsel for Petitioner Alexandr Filippov, Petitioner Marina Filippova, Petitioner Marina Filippova, Petitioner Daria Filippova, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 1, 2024 as the brief filing date.

It is HEREBY ORDERED that Petitioners' brief must be filed on or before October 1, 2024. The appeal is dismissed effective October 1, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

