# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand twenty-four,

Alexandr Filippov, Marina Filippova, Marina Filippova, Daria Filippova,

   Petitioners,

 v.

Merrick B. Garland, United States Attorney General,

   Respondent.

**ORDER**
Docket No. 24-549

Counsel for Respondent Merrick B. Garland has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 26, 2024 as the brief filing date.

It is HEREBY ORDERED that Respondent's brief must be filed on or before December 26, 2024. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Respondent will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u> Local Rule 27.1(f)(1); <u>cf. RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

